THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRIS THOMPSON                                                                                      PLAINTIFF

v.                                       Case No. 3:18-cv-00159-KGB

TANNER HILL, and DANE BARNUM                                                          DEFENDANTS

ORDER

Before the Court are the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 6).  No objections have been filed, and the deadline for filing objections has since passed.  After careful consideration, the Court adopts the Proposed Findings and Recommendation in their entirety as this Court's findings of fact and conclusions of law.  The Court dismisses without prejudice plaintiff Chris Thompson's complaint.  Dismissal of this action constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g).  Finally, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order and Judgment entered in this case would not be taken in good faith.

It is so ordered this 8th day of May, 2020.

Kristine G. Baker
United States District Judge